IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | Case No.: 1:23-cr-00194-AKB |
|---|---|
| vs. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| TYSON GREENE MITCHELL, | |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum  () ad Testificandum

Name of Detainee: Tyson Greene Mitchell, aka Tyson Greene Martinez; IDOC: 95338

Custodian: Idaho Department of Corrections c/o ISCC, 14601 S. Pleasant Valley Rd.,
City: Kuna   State: Idaho

Detainee is: (✓) charged in this District by Indictment
or
() is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: August 28, 2023 at 10:00 a.m. at the Federal Courthouse in Boise, Idaho, Courtroom 7.

Before: The Honorable Raymond E. Patricco, Chief U.S. Magistrate Judge
(Judicial Officer)

Dated: August 4, 2023

/s/ Francis J. Zebari
FRANCIS J ZEBARI
Assistant United States Attorney

Writ of Habeas Corpus

(✓) ad Prosequendum  () ad Testificandum

The application is GRANTED and the above-named custodian, as well as the U.S. Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the U.S. Marshal shall return the detainee to the above-named custodian.

Dated: August 11, 2023

The Honorable Raymond E. Patricco,
Chief U.S. Magistrate Judge